UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
AUTOMOTIVE INDUSTRIES
WELFARE FUND, et al.,

       Plaintiff,                              No. 09-0465 PJH

     v.                                     **ORDER**

GROTH OLDSMOBILE/CHEVROLET,
INC.,

       Defendants.
_____/

      The court is in receipt of a chambers copy of Declaration of Mike Schumacher in Support of Motion for Summary Judgment, filed by plaintiffs in the above-entitled action on January 6, 2010.  The chambers copy is not in usable format.  Please take notice that the court will not consider the contents of any chambers copy that is not in usable format.

      A document that is in "usable format" is one that is usable by the court for its intended purpose.  **A thick stack of loose paper wrapped with a rubber band**, or fastened with a paper clip or a binder clip, is not in usable format.

      For a memorandum of points and authorities or other document that can be stapled, "usable format" means that the document is stapled in the upper-left-hand corner.  For a document that is too thick to be stapled securely, "usable format" means that the document

1 is two-hole punched at the top, and is fastened with a prong-type fastener.  In addition, any
2 exhibits to declarations or requests for judicial notice must be tabbed.
3     The court will consider the contents of the chambers copy only if it is submitted in
4 usable format no later than one court day after the date of this notice.

**IT IS SO ORDERED.**

Dated:  January 11, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge