MICHAEL CARROLL (SBN 50246)
ERSKINE & TULLEY, A PROFESSIONAL CORPORATION
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

PHILIP M. MILLER (SBN 87877)
MICHELLE L. SICULA (SBN 160598)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Attorneys for Plaintiffs

ROBERT G. HULTENG (SBN 071293)
JOSHUA J. CLIFFE (SBN 215390)
VINCENT J. MERSICH (SBN 259813)
LITTLER MENDELSON, A PROFESSIONAL CORPORATION
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Telephone: (415) 433-1940
Attorneys for Defendant
GROTH OLDSMOBILE CHEVROLET, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES of the AUTOMOTIVE INDUSTRIES WELFARE FUND; AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, Trustee,<br><br>Plaintiffs,<br>v.<br>GROTH OLDSMOBILE/CHEVROLET, INC.,<br><br>Defendant<br><br>GROTH OLSMOBILE/CHEVROLET, INC.,<br><br>Third Party Plaintiffs,<br>v.<br>EASTBAY AUTOMOTIVE COUNCIL, MACHINISTS AUTOMOTIVE TRADES DISTRICT LODGE NO. 190 OF NORTHERN CALIFORNIA AND EAST BAY AUTOMOTIVE MACHINISTS LODGE 1546,<br>Third Party Defendants | Case No.:  C 09-0465 PJH<br><br>STIPULATED CASE MANAGEMENT SCHEDULE<br><br>Date:<br>Time:<br>Courtroom: 3, 3rd Floor |

1

The parties have met and conferred in compliance with the Court's Order Granting Motion to Amend Counterclaims, dated March 4, 2010, and stipulate to the following case management schedule.

| | | |
|---|---|---|
| (1) | Defendant Groth to file amended pleading | April 2, 2010 |
| (2) | Plaintiffs to file Motion to Dismiss | May 3, 2010 |
| (3) | Defendant to file Response to Motion to Dismiss | May 24, 2010 |
| (4) | Plaintiffs to file Reply re Motion to Dismiss | June 4, 2010 |
| (5) | Hearing re Motion to Dismiss | June ~~16,~~ 23, 2010 (or as soon thereafter as the Court's schedule allows) |

The parties request that the Court schedule a case management conference following issuance of the Court's ruling on plaintiffs' Motion to Dismiss to discuss scheduling of subsequent deadlines.

| | | |
|---|---|---|
| (6) | Subsequent case management conference | (TBD) |

Dated:   March 10, 2010          SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
    Michelle L. Sicula
    Attorneys for Plaintiffs

Dated:   March <u>10</u>, 2010          LITTLER MENDELSON
                                      A PROFESSIONAL CORPORATION

By: _____/s/_____
    Joshua Cliffe
    Attorney for Defendant Groth Oldsmobile

IT IS SO ORDERED.

Dated:   3/12/10          _____
                          PHYLLIS J. HAMILTON
                          UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]

2
CASE No. 09-CV-00465-PJH
STIPULATED CASE MANAGEMENT SCHEDULE