United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
AUTOMOTIVE INDUSTRIES
WELFARE FUND, et al.,

      Plaintiffs,                         No. C 09-0465 PJH

    v.                                 **ORDER**

GROTH OLDSMOBILE/CHEVROLET,
INC.,

      Defendant.
_____/

The date for the hearing on plaintiffs and counterdefendants' motion to dismiss/strike the counterclaims, previously set for Wednesday, June 23, 2010, has been CONTINUED to Wednesday, June 30, 2010, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 11, 2010

                                                 PHYLLIS J. HAMILTON
                                                 United States District Judge