PHILIP M. MILLER (SBN 87877)
MICHELLE L. SICULA (SBN 160598)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
msicula@sjlawcorp.com
abevington@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.,<br><br>                    Plaintiffs,<br>v.<br><br>GROTH OLDSMOBILE/CHEVROLET, INC.,<br><br>                    Defendant. | Case No.:  C 09-0465 PJH (LB)<br><br>**STIPULATION TO CONTINUE FURTHER SETTLEMENT CONFERENCE;**<br>**[PROPOSED] ORDER THEREON**<br><br>Magistrate Judge Laurel Beeler<br>Date:       November 1, 2010<br>Time:       11:00 a.m. |
| GROTH OLDSMOBILE/CHEVROLET, INC.,<br><br>                    Third-Party Plaintiff,<br>v.<br><br>EASTBAY AUTOMOTIVE COUNCIL, et al.,<br><br>                    Third-Party Defendants. | Location:   Magistrate Judge Laurel Beeler's Chambers<br>Ronald V. Dellums Federal Building<br>Courtroom 4, 3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612-5217 |

The parties attended a settlement conference in this action on October 5, 2010, with Magistrate Judge Beeler. The matter was set for a further settlement conference on November 1, 2010, so that defendant Groth Oldsmobile/Chevrolet could provide documents for the plaintiffs' representatives to consider for settlement purposes under a confidentiality agreement to be negotiated. The terms of the confidentiality agreement have been agreed to, and defendant expects

1 to provide the documents by October 27, 2010. To allow sufficient time for plaintiffs' representatives to evaluate the information that defendant provides,

    IT IS HEREBY STIPULATED by the parties, through their respective counsel, that:

    1.    The further settlement conference now scheduled for November 1, 2010, at 11:00 a.m., be continued to November 10, 2010, at 11:00 a.m., before Magistrate Judge Laurel Beeler; and

    2.    If plaintiffs' counsel have not received the documents by the close of business on October 28, 2010, the further settlement conference will be taken off calendar at plaintiffs' request.

SALTZMAN & JOHNSON LAW CORPORATION

Date:  October 26, 2010    By:     /S/
    Anne M. Bevington
    Attorneys for Plaintiffs
    BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.

LITTLER MENDELSON

Date:  October 26, 2010    By:     /S/
    Joshua J. Cliffe
    Attorneys for Defendant and Third-Party Plaintiff
    GROTH OLDSMOBILE/CHEVROLET, INC.

WEINBERG, ROGER & ROSENFELD

Date:  October 26, 2010    By:     /S/
    Caren P. Sencer
    Attorneys for Third-Party Defendants
    EAST BAY AUTOMOTIVE COUNCIL, et al.

ORDER

The parties having stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.  The further settlement conference now scheduled for November 1, 2010, at 11:00 a.m., is continued to **November 10, 2010**, at **11:00 a.m.**, before Magistrate Judge Laurel Beeler; and

2    STIPULATION TO CONTINUE FURTHER SETTLEMENT CONFERENCE; [PROPOSED] ORDER THEREON
Case No. 09-0465 PJH (LB)
P:\CLIENTS\AUTPF\CASES\GROTH\PLEADINGS\Settlement Conference Statement\Stip to Continue Settlement Conf and Proposed Order 102610.doc

2. If plaintiffs' counsel have not received the documents by the close of business on October 28, 2010, the further settlement conference will be taken off calendar at plaintiffs' request.

DATED: October 27 _____, 2010.

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Laurel Beeler*

3  **STIPULATION TO CONTINUE FURTHER SETTLEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
**Case No. 09-0465 PJH (LB)**

P:\CLIENTS\AUTPF\CASES\GROTH\PLEADINGS\Settlement Conference Statement\Stip to Continue Settlement Conf and Proposed Order 102610.doc