United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
AUTOMOTIVE INDUSTRIES
WELFARE FUND, et al.,

    Plaintiffs,

    v.

GROTH OLDSMOBILE/CHEVROLET, INC.,

    Defendant.
_____/

No. C 09-0465 PJH

**ORDER CONTINUING HEARING DATE**

    Due to conflicts in the court's schedule, the date for the hearing on the pending motions for summary judgment, previously set for February 2, 2011, has been CONTINUED to March 2, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 28, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge